Patent Owner's Notice of Appeal to the Federal Circuit
Reexamination Control No. 95/002,271

Via eFILE                                                      REEXAMINATION

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| *Inter Partes* Reexamination of: | U.S. Patent No. 7,485,116 | |
| Reexam. Control No.: | 95/002,271 | Art Unit 3993 |
| Inventor: | Cao, Densen | |
| Filed: | September 14, 2012 | |
| For: | LASER SYSTEMS, WITH A FIBER STORAGE AND DISPENSING UNIT, USEFUL IN MEDICINE AND DENTISTRY | |
| Examiner: | Jastrzab, Jeffrey R. | |
| Customer No.: | 91479 | |
| Confirmation No: | 7296 | |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Director of the United States Patent and Trademark Office
Office of the General Counsel
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

   Notice is hereby given that Respondent, Cross-Appellant, Patent Owner CAO Group, Inc.

("CAO") hereby appeals to the United States Court of Appeals for the Federal Circuit under 35

1

RECEIVED
JAN 27 2016
United States Court of Appeals
For The Federal Circuit

Patent Owner's Notice of Appeal to the Federal Circuit
Reexamination Control No. 95/002,271

U.S. C. § 141 *et seq.*, for review of the Decision on Appeal, dated July 1, 2015, Appeal No. 2014-007366, *Inter partes* Reexamination Control No. 95/002,271, of the Patent Trial and Appeal Board, and the subsequent Decision on Request for Rehearing entered on November 27, 2015. The Third-Party Requester in the *Inter partes* reexamination proceeding is Biolase Technology, Inc.

Pursuant to M.P.E.P. 2683, 37 C.F.R. §§ 1.248, 1.302, 1.903, and 1.983, this notice is being filed with the Court of Appeals for the Federal Circuit and is being served via first class mail at the address set forth above.

DATED January 26th, 2016.

Signed: _____
Terry S. Jones
Registration No. 62,039
Attorney for Patent Owner
CAO Group, Inc.
4628 W. Skyhawk Drive
West Jordan, Utah 84084
801-256-9282
terry.jones@caogroup.com

Patent Owner's Notice of Appeal to the Federal Circuit
Reexamination Control No. 95/002,271

## CERTIFICATE OF SERVICE

Pursuant to 37 C.F.R. § 1.903 and 37 C.F.R. § 1.248(a)(4), the undersigned, on behalf of Patent Owner, hereby certifies that a copy of the foregoing NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT was served on Third Party Requester by First-Class Mail, or where First-Class Mail is not available due to weight limitations, by Priority Mail, on the date indicated below. Service was performed by mailing a copy of the same to the law firm representing Third Party Requester Biolase Technology, Inc. at the following addresses by First-Class Mail, or where First-Class Mail is not available due to weight limitations, by Priority Mail, postage prepaid:

>GREENBERG TRAURIG (PHX)
>Care of Greenberg Traurig LLP – Chicago Office
>77 West Wacker Drive
>Suite 3100
>Intellectual Property Department
>Chicago, IL 60601

A courtesy copy of the foregoing NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT was also sent via electronic mail to the following:

>wirthlinj@gtlaw.com
>fellowsj@gtlaw.com
>raskinj@gtlaw.com

Dated this 26th day of January, 2016.

Signed: /Terry S. Jones/
Terry S. Jones
Registration No. 62,039
Attorney for Patent Owner
CAO Group, Inc.
4628 W. Skyhawk Drive
West Jordan, Utah 84084
801-256-9282
terry.jones@caogroup.com

3

Case: 16-1664      Document: 12     Page: 4     Filed: 03/09/2016


**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*Inter Partes* Reexamination of U. S. Patent No. 7,485,116

Reexam Control No.: 95/002,271

Inventor: Cao, Densen; Filed September 14, 2012

Examiner: Jastrzab, Jeffrey R         Customer No. 109488

Confirmation No.: 7296                Art Unit 3993

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Submitted by Patent Owner

CAO GROUP, INC.

January 21, 2016