NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAO GROUP, INC.,**
*Appellant*

v.

**BIOLASE TECHNOLOGY, INC.,**
*Appellee*

---

2016-1664

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,271.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Biolase Technology, Inc.'s motion for a 14-day extension of time to file its response brief,

IT IS ORDERED THAT:

The motion is granted. Biolase Technology's response brief is due no later than 54 days after the date of filing of Appellant's opening brief.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25